ANAHEIM CITY ATTORNEY'S OFFICE
GREGG M. AUDET (SBN 158682)
E-mail: gaudet@anaheim.net
SUNNY HUYNH (SBN 318012)
E-mail: shuynh@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendant City of Anaheim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANTANA, | Case No.: 8:25-cv-01327 JWH (DFMx) |
| Plaintiff, | Assigned to: Hon. John W. Holcomb<br>Dept.: 9D |
| v. | **NOTICE OF INTERESTED PARTIES** |
| CITY OF ANAHEIM, DOES 1 TO 10, | Action Filed: 6/19/2025 |
| Defendants. | Trial Date: None set |

The undersigned, counsel of record for defendant City of Anaheim, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1.    Defendant City of Anaheim

                          ROBERT FABELA, CITY ATTORNEY

            By:  _____/S/ Gregg M. Audet_____
                       Gregg M. Audet
                       Assistant City Attorney

155883