**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff David Santana*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANTANA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF ANAHEIM AND DOES 1–10<br><br>　　　　Defendants. | Case No. 8:25-cv-01327-JWH-DFM<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT** |

**TO THIS HONORABLE COURT:**

　　IT IS HEREBY STIPULATED by and between Plaintiff David Santana, and Defendant City of Anaheim ("CITY") ("the Parties"), by and through their respective attorneys of record, as follows:

　　1.　Plaintiff filed his Complaint on June 19, 2025. Defendant CITY answered the Complaint on July 22, 2025. On September 17, 2025, the Court issued a Scheduling Order setting trial for November 2, 2026. At the time of the filing of his Complaint, Plaintiff was genuinely ignorant of the names of the City of Anaheim Police Department officers who were involved in the incident giving rise to this lawsuit. Subsequently, after discovery materials were exchanged between the parties, Plaintiff has discovered information that Officers Edgar Ruano

1  and Mark Hwang are the City of Anaheim Police Department employees who were
2  involved in the incident giving rise to this lawsuit.

3  2. The Parties agree that Plaintiff may file an amended complaint for the
4  purpose of (a) naming Officers Edgar Ruano and Mark Hwang as individual
5  defendants in place of Doe Defendants 1-2, and (b) dismissing Plaintiff's Fourth
6  Amendment claim for delay of medical care. A copy of Plaintiff's proposed First
7  Amended Complaint (redlined) is attached hereto as "Exhibit A." A copy of
8  Plaintiff's proposed First Amended Complaint (clean) is attached hereto as "Exhibit
9  B."

10  3. Counsel for the City of Anaheim agrees to accept service of the First
11  Amended Complaint on behalf of the City of Anaheim and Officers Edgar Ruano
12  and Mark Hwang by email.

13  4. Plaintiff shall have 7 days to file the First Amended Complaint after
14  the Court grants leave to do so. All Defendants shall have 14 days thereafter to file
15  a responsive pleading.

Dated: December 12, 2025      **LAW OFFICES OF DALE K. GALIPO**

                              By:   /s/   Cooper Alison-Mayne
                                    Dale K. Galipo
                                    Cooper Alison-Mayne
                                    *Attorneys for Plaintiff David Santana*

Dated: December 12, 2025      **ANAHEIM CITY ATTORNEY'S OFFICE**

                              By:   /s/ Gregg M. Audet
                                    Gregg Audet
                                    Sunny Huynh
                                    *Attorneys for Defendants*