**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff David Santana*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANTANA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF ANAHEIM AND DOES 1–10<br><br>　　　　　Defendants. | Case No. 8:25-cv-01327-JWH-DFM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Stipulation to Amend Complaint if **GRANTED**. Plaintiffs are allowed to file a First Amended Complaint with Officers Edgar Ruano and Mark Hwang substituted in as Does 1-10, within seven (7) days of this Order. All Defendants shall have fourteen (14) days thereafter to file a responsive pleading.

**IT IS SO ORDERED**

DATED:_____                    _____
                                        Hon. John W. Holcomb
                                        United States District Judge