# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANTANA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ANAHEIM, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:25-cv-01327-JWH-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT [ECF No. 19]** |

Good cause appearing, it is hereby **ORDERED** as follows:

1. The parties' Stipulation to Amend Complaint [ECF No. 19] is **GRANTED**.

2. Plaintiff is **GRANTED** leave to file no later than December 22, 2025, a First Amended Complaint with Officers Edgar Ruano and Mark Hwang substituted in as Does 1-10. Plaintiff is also **DIRECTED** to file contemporaneously therewith a Notice of Revisions to Complaint that provides the Court with a redline version that shows the amendments.

3. The deadline for Defendants to file their respective responses to Plaintiff's anticipated First Amended Complaint is January 5, 2026.

**IT IS SO ORDERED.**

Dated: December 15, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE