1  **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
3  cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
Phone: (818) 347-3333
5
*Attorneys for Plaintiff*
6

7

8

9                **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11 | David Santana,                                   | Case No. 8:25-cv-01327-JWH-DFM
12 |             Plaintiff,                            | *Judge John W. Holcomb*
13 |
14 |        vs.
15 | City of Anaheim, Edgar Ruano, and               | **PROOF OF SERVICE OF AMENDED**
16 | Mark Hwang                                        | **COMPLAINT AND SUMMONS**
17 |             Defendants.
18
19

20

21

22

23

24

25

26

27

28

---

**PROOF OF SERVICE OF AMENDED COMPLAINT AND SUMMONS**

**TO THIS HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and a written agreement between the parties, Plaintiff hereby submits his proof of service of the Amended Complaint, and Summons on Defendants' CITY OF ANAHEIM, EDGAR RUANO, and MARK HWANG (attached hereto as Exhibit "A").

Dated: January 5, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: /s/ Cooper Alison-Mayne
Dale K. Galipo
Cooper Alison-Mayne
Attorneys for Plaintiff David Santana

-1-
PROOF OF SERVICE OF AMENDED COMPLAINT AND SUMMONS