# EXHIBIT A

# Darci Gilbert

| | |
|---|---|
| **From:** | Gregg Audet <GAudet@anaheim.net> |
| **Sent:** | Monday, January 5, 2026 10:02 AM |
| **To:** | Darci Gilbert; Sunny Huynh |
| **Cc:** | Cooper Mayne; Dale Galipo |
| **Subject:** | RE: Santana v. Anaheim, et al. - Amended Complaint |

Good Morning,

Sorry for my oversight - service on Anaheim and the two officers is acknowledged.

-Gregg

Gregg M. Audet
Assistant City Attorney
City of Anaheim
200 South Anaheim Boulevard, Suite 356
Anaheim, CA 92805
Phone: (714) 765-5169
Email: gaudet@anaheim.net

---

**From:** Darci Gilbert <dgilbert@galipolaw.com>
**Sent:** Monday, January 5, 2026 9:45 AM
**To:** Gregg Audet <GAudet@anaheim.net>; Sunny Huynh <SHuynh@anaheim.net>
**Cc:** Cooper Mayne <CMayne@galipolaw.com>; Dale Galipo <dalekgalipo@yahoo.com>
**Subject:** [EXTERNAL] RE: Santana v. Anaheim, et al. - Amended Complaint

**Warning:** This email originated from outside the City of Anaheim. **Do not click links or open attachments** unless you recognize the sender and are expecting the message.

Good morning Counsel,

We have not heard back from your office. If you will please acknowledge e-service of the Amended Complaint for defendants.

Thank you,
Darci

---

**From:** Darci Gilbert
**Sent:** Wednesday, December 31, 2025 9:44 AM
**To:** Gregg Audet <gaudet@anaheim.net>; Sunny Huynh <shuynh@anaheim.net>
**Cc:** Cooper Mayne <CMayne@galipolaw.com>; Dale Galipo <dalekgalipo@yahoo.com>
**Subject:** Santana v. Anaheim, et al. - Amended Complaint

1

Good morning, Counsel,

It is my understanding that you have agreed to accept e-service of the Amended Complaint and Summons for all defendants, specifically the newly named defendants, Edgar Ruano and Mark Hwang. Attached are the following documents:

    First Amended Complaint
    Summons Issued
    Proof of Service

We appreciate you accepting e-service for these documents. If you will please reply and acknowledge receipt of these documents. Should you have any questions, please contact our office. Thank you and Happy NYE!


Best regards,
Darci Gilbert

**Darci Gilbert, Litigation Assistant** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: dgilbert@galipolaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law. Please be advised, however, that The Law Offices of Dale K. Galipo and its lawyers do not represent you until you have signed a retainer agreement with the firm. Until that time, you are responsible for any statutes of limitations or other deadlines for your case or potential case

| | |
|---|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
| **TITLE OF CASE (Abbreviated)**<br>Santana v. City of Anaheim, et al. | |
| **ATTORNEY(S) NAME AND ADDRESS**<br>Dale K. Galipo [CA SBN 144074]<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd, Suite 310<br>Woodland Hills, California 91367<br>Fax: (818) 347-4118<br>Email:  dalekgalipo@yahoo.com | |
| **ATTTORNEY(S) FOR: Plaintiffs** | Case No. 8:25-cv-01327 JWH-DFM<br>Dept. 9D<br>Judge:  Hon. John W. Holcomb |

## DECLARATION OF SERVICE

I Darci Gilbert, am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action.  My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367. On December 31, 2025, I served the foregoing document described as: **FIRST AMENDED COMPLAINT FOR DAMAGES; and SUMMONS ISSUED OFF FIRST AMENDED COMPLAINT** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as specified below:

## SEE ATTACHED SERVICE LIST

**METHOD OF SERVICE**

☐     (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the address specified above.

☐     I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☐     I placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of this office for the collection, processing and mailing of documents.  On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒     (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 31, 2025          */s/ Darci Gilbert*
                                                                             Darci Gilbert

# **SERVICE LIST**

ANAHEIM CITY ATTORNEY'S
OFFICE GREGG M. AUDET (SBN 158682)
E-mail: gaudet@anaheim.net
SUNNY HUYNH (SBN 318012)
E-mail: shuynh@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169
Fax: (714) 765-5123

Attorneys for Defendant City of Anaheim