**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Email: dalekgalipo@yahoo.com
        cmayne@galipolaw.com

*Attorneys for Plaintiff David Santana*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANTANA, <br><br>Plaintiff, <br><br>v. <br><br>CITY OF ANAHEIM; EDGAR RUANO; and MARK HWANG, <br><br>Defendants. | Case No. 8:25-cv-01327 JWH (DFMx) <br><br>**[PROPOSED] ORDER** |

1 | Pursuant to the parties' Joint Stipulation for Dismissal of All Claims Against Mark Hwang, and the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), defendant Mark Hwang is dismissed with prejudice. Plaintiff and Defendant Mark Hwang shall bear their own costs and fees as to one another. This stipulation applies only to Defendant Mark Hwang and has no bearing on Plaintiff's claims against Defendant Edgar Ruano or the City of Anaheim, nor on any costs or attorneys' fees related to the litigation of the claims against them.

IT IS SO ORDERED.

Dated: _____

Hon. John W. Holcomb
United States District Judge