# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:25-cv-01327-JWH-DFM                    Date March 12, 2026

Title: David Santana v. City of Anaheim et al

Present: The Honorable John W. Holcomb

|  Clarissa Lara  |  None Present  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                                              None Present

Proceedings:   ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☒ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer     cla