# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANTANA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF ANAHEIM, EDGAR RUANO, AND MARK HWANG,<br><br>　　　　Defendants. | Case No.: 8:25-cv-01327 JWH (DFMx)<br>Hon. John W. Holcomb<br><br>**[PROPOSED] ORDER** |

The Court, having reviewed the Joint Stipulation submitted by the Parties, and good cause appearing, hereby ORDERS as follows:

The Scheduling Order is hereby modified, and the following deadlines are established:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Initial Expert Disclosures | May 29, 2026 | June 26, 2026 |
| Rebuttal Expert Disclosures | June 12, 2026 | July 10, 2026 |
| Discovery Cutoff | June 26, 2026 | July 24, 2026 |
| Last Day to Hear Dispositive Motions | September 4, 2026 | September 11, 2026 |

All other dates and deadlines set forth in the Scheduling and Case Management Order remain in effect.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. John W. Holcomb
United States District Judge