# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAVID SANTANA,

      Plaintiff,

    vs.

CITY OF ANAHEIM, EDGAR RUANO, AND MARK HWANG,

    Defendants.

Case No.: 8:25-cv-01327 JWH (DFMx)
Hon. John W. Holcomb

**ORDER**

The Court, having reviewed the Joint Stipulation submitted by the Parties, and good cause appearing, hereby **ORDERS** as follows:

      1.    The Scheduling Order is **MODIFIED**.

      2.    The following deadlines are established:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Initial Expert Disclosures | May 29, 2026 | June 26, 2026 |
| Rebuttal Expert Disclosures | June 12, 2026 | July 10, 2026 |
| Discovery Cutoff | June 26, 2026 | July 24, 2026 |
| Last Day to Hear Dispositive Motions | September 4, 2026 | September 11, 2026 |

All other dates and deadlines set forth in the Scheduling and Case Management Order remain in effect.

      **IT IS SO ORDERED.**

Dated: March 16, 2026

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE