ANAHEIM CITY ATTORNEY'S OFFICE
GREGG M. AUDET (SBN 158682)
E-mail: gaudet@anaheim.net
SUNNY HUYNH (SBD 318012)
E-mail: shuynh@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendants
City of Anaheim and Edgar Ruano

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANTANA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF ANAHEIM and EDGAR RUANO, and MARK HWANG,<br><br>        Defendants. | Case No.:  8:25-cv-01327-JWH (DFMx)<br><br>Assigned to: Hon. John W. Holcomb<br>Magistrate: Hon. Douglas F. McCormick<br><br>**[DISCOVERY MATTER]**<br><br>**STIPULATION FOR COURT ORDER RE MEDICAL EXAMINATION OF PLAINTIFF DAVID SANTANA**<br><br>Action Filed:      June 19, 2025<br>Trial Date:         November 2, 2026 |

The parties, plaintiff David Santana and Defendants City of Anaheim and Edgar Ruano (collectively the "Parties"), through their respective attorneys of record, agree to the following stipulation for a court order regarding defendants' request for a mental examination of plaintiff David Santana pursuant to FRCP Rule 35.

<u>STIPULATION</u>

1.     In this action, plaintiff David Santana alleges claims against defendants for excessive force, denial of medical care, battery and negligence arising from an incident that occurred on June 25, 2023.  Plaintiff further alleges that the incident caused a traumatic brain injury, aggravating a history of prior head injuries, and caused permanent brain damage, and he seeks to recover damages for the alleged injuries.

2.     Federal Rule of Civil Procedure 35 provides that when the mental or physical condition of a party is in controversy, the Court may order the party to submit to an examination by a suitably licensed or certified examiner.

3.     In this action, the Parties are in agreement that defendants are entitled to conduct a medical examination of plaintiff David Santana pursuant to Rule 35 to assess the nature, extent and cause of his alleged mental injuries.

4.     To facilitate the proposed medical examination, the Parties hereby jointly request an order that:

A.     Plaintiff David Santana appear for a mental examination to be conducted by neuropsychologist David M. Lechuga, Ph.D., at 13 Orchard Rd., Suite 103, Lake Forest, California, on April 30, 2026 commencing at 7:45 a.m.

B.     The mental examination will consist of a standard psychological examination, including a clinical interview, mental status examination and tests that are designed to assess plaintiff's claimed mental injuries. The specific tests to be administered will be at the discretion of Dr. Lechuga based on the information he has obtained pertinent to the claims in this action. Each of the tests which Dr. Lechuga administers shall have been widely validated by the scientific community and accepted by the courts for scientific testimony regarding cognitive injury or impairment. None of the tests should be stressful or arduous to complete, and sufficient time shall be allowed with rest breaks as often as necessary. Within seven (7) days after the examination, Dr.

Lechuga will produce the raw testing data from all tests administered to Plaintiff's corresponding retained expert.

C.    The examination may last until 4:00 p.m., and plaintiff may bring a lunch, snacks and beverages, for which appropriate breaks will be provided.

D.    Plaintiff's counsel may attend the clinical interview portion of the examination. Both sides may audio record the clinical interview portion of the examination, and a copy of any recording will be provided to counsel for the parties within 7 days of the examination.

E.    All inquiries and responses during the clinical interview will be designated "confidential" under the existing protective order in this case.

5.    The parameters of the proposed medical examination set forth above are consistent with standard professional practices in conducting such examinations, and are appropriate given the nature and scope of plaintiff David Santana's allegations in this action.

**IT IS SO STIPULATED.**

Dated: March 19, 2026             LAW OFFICES OF DALE K. GALIPO


                              By:            /s/Cooper Alison-Mayne
                                   Dale K. Galipo
                                   Cooper Alison-Mayne
                                   Attorneys for Plaintiff
                                   David Santana

Case No. 8:25-cv-01327 JWH (DFMx)

Dated: March 19, 2026        ROBERT FABELA, CITY ATTORNEY

By:          /s/ Gregg M. Audet

Gregg M. Audet
Attorneys for Defendants
City of Anaheim and Edgar Ruano

I certify that all parties to this document have consented and authorized the undersigned to affix their electronic signatures to its filing and to the language contained herein.

Dated: March 19, 2026        ROBERT FABELA, CITY ATTORNEY

By:          /s/ Gregg M. Audet

Gregg M. Audet
Attorneys for Defendants
City of Anaheim and Edgar Ruano

4

Case No. 8:25-cv-01327 JWH (DFMx)