ANAHEIM CITY ATTORNEY'S OFFICE
GREGG M. AUDET (SBN 158682)
E-mail: gaudet@anaheim.net
SUNNY HUYNH (SBD 318012)
E-mail: shuynh@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendants
City of Anaheim and Edgar Ruano

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANTANA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANAHEIM and EDGAR RUANO, and MARK HWANG,<br><br>Defendants. | Case No.:  8:25-cv-01327-JWH (DFMx)<br><br>Assigned to: Hon. John W. Holcomb<br>Magistrate: Hon. Douglas F. McCormick<br><br>**[DISCOVERY MATTER]**<br><br>**ORDER GRANTING STIPULATION FOR MEDICAL EXAMINATION OF PLAINTIFF DAVID SANTANA**<br><br>Action Filed:      June 19, 2025<br>Trial Date:        November 2, 2026 |

Based on the stipulation of plaintiff David Santana and defendants City of Anaheim and Edgar Ruano, through their respective attorneys of record, and good cause appearing therefor, the Court hereby enters the following order regarding defendants' request for a mental examination of plaintiff David Santana pursuant to FRCP Rule 35.

///

IT IS ORDERED:

1. Plaintiff David Santana shall appear for a mental examination to be conducted by neuropsychologist David M. Lechuga, Ph.D., at 13 Orchard Rd., Suite 103, Lake Forest, California, on April 30, 2026 commencing at 7:45 a.m.

2. The mental examination shall consist of a standard psychological examination, and may include a clinical interview, mental status examination and tests that are designed to assess plaintiff's claimed mental injuries. The specific tests to be administered will be at the discretion of Dr. Lechuga, and each test shall have been widely validated by the scientific community and accepted by the courts for scientific testimony regarding cognitive injury or impairment. None of the tests should be stressful or arduous to complete, and sufficient time shall be allowed with rest breaks as often as necessary. Within seven (7) days after the examination, Dr. Lechuga shall produce the raw testing data from all tests administered to Plaintiff's corresponding retained expert.

3. The examination may last until 4:00 p.m., and plaintiff may bring a lunch, snacks and beverages, for which appropriate breaks will be provided.

4. Plaintiff's counsel may attend the clinical interview portion of the examination. Both sides may audio record the clinical interview portion of the examination, and a copy of any recording shall be provided to counsel for the parties within 7 days of the examination.

5. All inquiries and responses during the clinical interview are designated "confidential" under the existing protective order in this case.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: March 23, 2026

HONORABLE DOUGLAS F. MCCORMICK
United States Magistrate Judge

2