**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANTANA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF ANAHEIM, et al,<br><br>                    Defendants. | Case No.: 8:25-cv-01327 JWH (DFMx)<br>Hon. John W. Holcomb<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST EDGAR RUANO PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |



1

**TO THE HONORABLE COURT:**

Plaintiff David Santana and Defendants City of Anaheim and Edgard Ruano, hereby stipulate that all claims against Defendant Edgar Ruano be dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Plaintiff and Defendant Edgar Ruano shall bear their own costs and fees as to one another.

This stipulation applies only to Defendant Edgar Ruano and has no bearing on Plaintiff's claims against Defendant City of Anaheim, nor on any costs or attorneys' fees related to the litigation of the claims against them.

Dated: May 1, 2026          **LAW OFFICES OF DALE K. GALIPO**


By:     /s/   *Cooper Alison-Mayne*
        Dale K. Galipo
        Cooper Alison-Mayne[1]
        *Attorneys for Plaintiff*


DATED: May 1, 2026          ROBERT FABELA, CITY ATTORNEY


By:        /s/ *Gregg M. Audet*
           Gregg M. Audet
           Assistant City Attorney
           Attorneys for Defendants
           City of Anaheim and Edgar Ruano

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.