# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAVID SANTANA,

                Plaintiff,

     vs.

CITY OF ANAHEIM, et al.

                Defendants.

Case No.: 8:25-cv-01327 JWH (DFMx)
Hon. John W. Holcomb

**[PROPOSED] ORDER**

Pursuant to the parties' Joint Stipulation for Dismissal of All Claims Against Edgar Ruano, and the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), defendant Edgar Ruano is dismissed with prejudice. Plaintiff and Defendant Edgar Ruano shall bear their own costs and fees as to one another. This stipulation applies only to Defendant Edgar Ruano and has no bearing on Plaintiff's claims against the City of Anaheim, nor on any costs or attorneys' fees related to the litigation of the claims against them.

**IT IS SO ORDERED.**

DATED: _____                    _____
                                    Hon. John W. Holcomb
                                    United States District Judge

[PROPOSED] ORDER