**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANTANA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF ANAHEIM, et al,<br><br>    Defendants. | Case No.: 8:25-cv-01327 JWH (DFMx)<br>Hon. John W. Holcomb<br><br>**JOINT STIPULATION TO DISMISS** |



1

**<u>TO THE HONORABLE COURT:</u>**

Plaintiff DAVID SANTANA, by and through his attorneys of record, and Defendant CITY OF ANAHEIM, by and through its attorneys of record, hereby stipulate that this entire action be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). All parties to bear their own attorneys' fees and costs.

Dated: May 12, 2026          **LAW OFFICES OF DALE K. GALIPO**

By:   /s/   Cooper Alison-Mayne
        Dale K. Galipo
        Cooper Alison-Mayne[1]

        *Attorneys for Plaintiff*

DATED: May 12, 2026          ROBERT FABELA, CITY ATTORNEY

By:   /s/ Sunny Huynh
        Sunny Huynh
        Deputy City Attorney
        Attorneys for Defendants
        City of Anaheim and Edgar Ruano

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2