# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DAVID SANTANA,

         Plaintiff,

   vs.

CITY OF ANAHEIM, et al,

         Defendants.

Case No.: 8:25-cv-01327 JWH (DFMx)
Hon. John W. Holcomb

**[PROPOSED] ORDER**

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).  All previously scheduled dates and deadlines in this action are VACATED.

**IT IS SO ORDERED**.

Dated:                                    _____
                                          Honorable John W. Holcomb
                                          United States District Judge